THIS OPINION HAS NO
 PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Christine
 Visser, Appellant,
 
 
 
 
 

v.

 
 
 
 
 Michael Pinckney, Respondent.
 
 
 
 
 

Appeal From Greenville County
Donald A. Fanning, Circuit Court Judge

Unpublished Opinion No.  2011-UP-141
 Submitted March 1, 2011  Filed April 5,
2011  

AFFIRMED

 
 
 
 Keven Kurtis Kenison, of Greenville, for
 Appellant.
 Rhett D. Burney, of Laurens, for
 Respondent.
 
 
 

PER CURIAM:  Christine Visser appeals a circuit court order
 dismissing her appeal from a magistrate's decision for failure to file a notice
 of appeal sufficient to give notice of her grounds for appeal to Michael
 Pinckney.  Visser argues the circuit court erred in dismissing her appeal
 because (1) her original notice of appeal provided adequate notice; (2) if the
 original notice was insufficient, the circumstances surrounding her appeal
 provided adequate notice when combined with the original notice; and (3) her
 supplemental notice of appeal provided adequate notice.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: 
1. As to whether the original
 notice in and of itself provided adequate notice: State
 v. Sullivan, 310 S.C. 311, 314-15, 426
 S.E.2d 766, 768-69 (1993) (holding similar exceptions listed in an original
 notice of appeal failed by themselves to apprise the other parties and courts
 of the grounds for appeal).
2. As to whether the
 circumstances surrounding the appeal and the original notice provided adequate
 notice: Rule 210(h), SCACR ("[T]he appellate court will not consider any
 fact which does not appear in the Record on Appeal."); Price v. Pickens
 Cnty., 308 S.C. 64, 67, 416 S.E.2d 666, 668 (Ct.
 App. 1992) ("The burden is on the
 appellant to provide a sufficient record such that this court can make an
 intelligent review.") (citation omitted).  
3.As to whether the
 supplemental notice provided adequate notice: United Dominion Realty Trust,
 Inc. v. Wal-Mart Stores, Inc., 307 S.C. 102, 107,
 413 S.E.2d 866, 869 (Ct. App. 1992) (holding
 an issue was not preserved because the circuit court did not rule on the issue
 and the appellant failed to raise the issue in a motion to alter or amend)
 (citation omitted).
AFFIRMED.
HUFF, SHORT, and PIEPER,
 JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.